

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-19-00215-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law No. 4 |
| ARMANDO ZUBIATE | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20180C02815) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting Appellee's motion to suppress and remand the cause for further proceedings consistent with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.